UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED MOHAMED ELGHEMBRI,<br>　　　　　Plaintiff,<br>　　v.<br>JOHN DOE,<br>　　　　　Defendant. | Case No. 25-cv-06428-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

　　　　Plaintiff Elghembri sent the Court his 42 U.S.C. § 1983 complaint and application to proceed in forma pauperis (IFP) by regular mail from San Quentin State Prison, a facility which participates in prison email filing with this Court (Dkt. No. 1.) The Clerk sent him a Notice to file his complaint and IFP application by prison email as required by General Order No. 76. (*Id.*) He was instructed to email his documents no later than August 18, 2025, or else his case would be dismissed without prejudice. (*Id.*) Elghembri has neither complied with the Clerk's instructions to file by email, nor shown good cause for not doing so. Accordingly, this federal civil rights action is DISMISSED without prejudice for failure to comply with the Clerk's Notice and for failure to prosecute, *see* Federal Rule of Civil Procedure 41(b). Elghembri's motion to proceed IFP is DENIED as improperly filed.

　　　　Because this dismissal is without prejudice, Elghembri may ask to reopen the action. To do this, he must file:

　　　　(i)　　by prison email an exact copy of his complaint in accordance with the instructions in the Notice, and a motion with the words MOTION TO REOPEN written on the first page; or

(ii) by regular mail a motion for leave to file his complaint by regular mail, in which he shows good cause why he cannot submit his documents electronically.

The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

Dated: September 16, 2025



_____
WILLIAM H. ORRICK
United States District Judge